**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Hon. Anthony R. Mautone** |
| **v.** | : | **Case No.** 16-9122 |
| **Michael R. Pellettieri** | : | **ORDER FOR DISMISSAL** |

**Under Rule 48**(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, Paul J. Fishman, the United States Attorney for the District of New Jersey, hereby dismisses Violation 5077067, against defendant Michael R. Pellittieri, which was filed on March 17, 2016, charging him with:

Theft of Government Property

in violation of 18 U.S.C 641, for the reason that prosecution of defendant Michael R, Pellettieri, is being deferred under the terms of a pretrial diversion agreement.

This dismissal is without prejudice, and is pending the successful completion by defendant Michael R. Pellettieri, of the Pretrial Diversion Program.  If the Pretrial Diversion Program is not successfully completed, all charges will be reinstated.

PAUL J. FISHMAN
United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

8/31/16
DATE

HONORABLE ANTHONY R. MAUTONE
U.S. MAGISTRATE JUDGE